**No. 59592.**—F. W. Woolworth Co. *v.* United States, protests 73927–K/12502, 84783–K/12559, and 84793–K/12560 (New Orleans).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that certain items of the merchandise marked "A," except items 8/131, 8/132, 8/133, 8/134, and 8/136 on the invoice covered by protest 73927–K, consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 was sustained as to the items involved.   Other items marked "B," except the items so marked on the invoice covered by protest 73927–K, stipulated to consist of articles, composed wholly or in chief value of wood, the same in all material respects (except the component material of chief value) as the merchandise involved in said Abstract 56975, were held dutiable at 33⅓ percent under paragraph 412, as claimed.

**No. 59593.**—Camilli Albert & Laloue, Inc., et al. *v.* United States, protests 266302–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59594.**—Norman G. Jensen *v.* United States, protest 144898–K (Pembina).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the items described as "Western White Spruce" or "Western White Spruce (Picea Glaucea)" on the invoice are, in fact, Western white spruce, the claim of the plaintiff was sustained.

**No. 59595.**—Davies, Turner & Co. *v.* United States, petition 7174–R (Chicago).

Opinion by MOLLISON, J.   An examination of the official papers showing that the petition was not filed until after the expiration of 60 days from the date of liquidation, the petition was dismissed.